

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Timothy Wayne Stirle,  * From the 238th District Court
of Midland County
Trial Court No. CR48210.

Vs. No. 11-17-00144-CR  * May 16, 2019

The State of Texas,  * Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.